IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LAMAR HOWARD JEFFRIES, ) | |
| ) | |
| Petitioner, ) | Civil No. 06-1138-ST |
| ) | |
| v. ) | O R D E R |
| ) | |
| JEAN HILL, Superintendent, Snake River ) | |
| Correctional Institution (SRCI), ) | |
| ) | |
| Respondent. ) | |

Lamar Howard Jeffries
No. 10426861
Snake River Correctional Institution
777 Stanton Boulevard
Ontario, OR  97914

   Petitioner Pro Se

Lester R. Huntsinger
STATE OF OREGON DEPARTMENT OF JUSTICE
Trial Division
1162 Court Street, N.E.
Salem, OR  97301-4096

   Attorney for Respondent

JONES, Judge:

Magistrate Judge Janice M. Stewart filed Findings and Recommendation (#39) on March 11, 2008, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a <u>de novo</u> determination of that portion of the magistrate judge's report. <u>See</u> 28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert</u>. <u>denied</u>, 455 U.S. 920 (1982).

Petitioner has timely filed objections. I have, therefore, given <u>de novo</u> review of Magistrate Judge Stewart's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation (#39) dated March 11, 2008, in its entirety. Petitioner's request to expand the record is denied as moot; the Petition for Writ of Habeas Corpus (#1) is denied; and this case is dismissed with prejudice and any pending motions are denied as moot.

IT IS SO ORDERED.

DATED this 27th day of May, 2008.

 /s/ Robert E. Jones
ROBERT E. JONES
United States District Judge

2 - ORDER